IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESSE COX,

    Plaintiff,

vs.                                                                               No. CIV 20-0561 JB/KRS

CIVIL COURTHOUSE STATE
JUDGES AND STAFF; STATE
OF NEW MEXICO DOC CASE
MANAGERS DOC; PUBLIC
DEFENDERS OFFICE PUBLIC
DEFENDERS & SECRETARYS
and OMS OFFENDER MANAGEMENT
SYSTEM STATE OF NEW MEXICO,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** came before the Court on its Memorandum Opinion and Order, filed February 27, 2021 (Doc. 11)("MOO"). In its MOO, the Court dismisses with prejudice the Plaintiff's Complaint for Violation of Civil Rights, filed September 9, 2020 (Doc. 1). See MOO at 1, 15. With no more claims or parties before the Court, the Court enters Final Judgment.

**IT IS ORDERED** that: (i) all claims are dismissed with prejudice; (ii) this case is dismissed with prejudice; and (iii) Final Judgment is entered.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE

*Parties:*

Jesse Cox
Northwest New Mexico Correctional Center
Grants, New Mexico

    *Plaintiff pro se*